# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 19, 2021

161801

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                        SC: 161801
                                        COA: 345912
                                        Muskegon CC: 18-001659-FH

MICHAEL KEVIN JACKSON,
     Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the April 30, 2020 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE Part III of the opinion of the Court of Appeals and we REMAND this case to the Muskegon Circuit Court for an evidentiary hearing to determine whether the defendant was denied his Sixth Amendment right to an impartial jury drawn from a fair cross-section of the community. *Duren v Missouri*, 439 US 357 (1979). The circuit court shall apply the framework outlined in *People v Bryant*, 491 Mich 575 (2012). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 19, 2021



b0316

                                            Clerk